

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-20222-CR-SEITZ/O'SULLIVAN**

CASE NO. _____

8 U.S.C. § 1326(a) and (b)(2)

UNITED STATES OF AMERICA

vs.

CESAR DARRIN DIAZ-ALVAREZ,
a/k/a "Miguel Virella,"
a/k/a "Alexis Deleon,"

       Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 8, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CESAR DARRIN DIAZ-ALVAREZ,**
a/k/a "Miguel Virella,"
a/k/a "Alexis Deleon,"

an alien, having previously been removed and deported from the United States on or about August 4, 1999, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's

reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

for: WIFREDO A. FERRER
UNITED STATES ATTORNEY

RICHARD C. JACOBS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>CESAR DARRIN DIAZ-ALVAREZ,<br>   a/k/a "Miguel Virella,"<br>   a/k/a "Alexis Deleon,"<br><br>   **Defendant.**<br>_____/ | CASE NO. _____<br><br>**CERTIFICATE OF TRIAL ATTORNEY*** <br><br><br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

 _X_ Miami ___ Key West
 ___ FTL ___ WPB ___ FTP

New Defendant(s)        Yes ___    No ___
Number of New Defendants     ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take    2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _x_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _x_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   11-18-10
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _x_ No

                                                      _____
                                                      RICHARD Q. JACOBS
                                                      SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                                      Court No. A5501468

*Penalty Sheet(s) attached                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CESAR DARRIN DIAZ-ALVAREZ

**Case No:** _____

Count # 1

Re-entry of Removed Alien

Title 8, United States Code, Section 1326(a) and (b)(2)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.